UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Alonzo Dean Shephard, | Case No. 3:15 CV 1356 |
| Plaintiff, | JUDGE JAMES G. CARR |
| v. | JUDGMENT ENTRY |
| Sgt. Morvzin, *et al.*, | |
| Defendants. | |

This Court, having contemporaneously filed its Memorandum of Opinion in this case, ORDERS this action be dismissed pursuant to 28 U.S.C. § 1915(e). Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

    S/James G. Carr
JAMES G. CARR
UNITED STATES DISTRICT JUDGE